IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02746-MSK-BNB

LARRY JOHNSON,

Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a LITHIA DODGE OF CHERRY CREEK, and
LITHIA CHERRY CREEK DODGE, INC., d/b/a LITHIA DODGE OF CHERRY CREEK,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Amendment of Scheduling Order** [docket no. 19, filed August 14, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
   The parties shall designate all experts and provide opposing
   counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
   on or before **October 1, 2009**;

   The parties shall designate all rebuttal experts and provide
   opposing counsel with all information specified in Fed. R. Civ. P.
   26(a)(2) on or before **November 1, 2009**;

Discovery Cut-off:              **November 15, 2009**;
Dispositive Motion Deadline:    **December 15, 2009**.

DATED: August 17, 2009