IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02746-MSK-BNB

LARRY JOHNSON,

Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a LITHIA DODGE OF CHERRY CREEK, and
LITHIA CHERRY CREEK DODGE, INC., d/b/a LITHIA DODGE OF CHERRY CREEK,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's (Unopposed) Motion to File Amended Complaint** [Doc. # 22, filed 11/13/2009] (the "Motion to Amend"); and

(2) **Plaintiff's (Unopposed) Motion for Leave to Propose Amendments to Scheduling Order** [Doc. # 23, filed 11/13/2009] (the "Motion to Propose").

The plaintiff has established good cause to extend the deadline to amend the complaint, and justice requires that the amendment be allowed. Consequently, the Motion to Amend is granted.

The Motion to Propose merely requests leave to file a motion for extension. That motion is unnecessary and is denied. The parties are free to file a motion to extend the schedule, and in such a motion they should propose the amended deadlines they request.

IT IS ORDERED that the Motion to Amend [Doc. # 22] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 22-2].

IT IS FURTHER ORDERED that the Motion to Propose [Doc. # 23] is DENIED.

Dated November 17, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge