IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02746-MSK-BNB

LARRY JOHNSON,

Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a LITHIA DODGE OF CHERRY CREEK, and
LITHIA CHERRY CREEK DODGE, INC., d/b/a LITHIA DODGE OF CHERRY CREEK,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's [Unopposed] Motion for Amendment of Scheduling Order and Trial Preparation Conference Order** [Doc. # 29, filed 12/28/2009] (the "Motion for Extension"). The plaintiff seeks to extend expert disclosures; the discovery cut-off; the dispositive motion deadline; and the pretrial conference set by the district judge on her calendar.

IT IS ORDERED that the Motion for Extension is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to extend the following deadlines:

    Discovery Cut-Off:    February 26, 2010

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:    March 26, 2010

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 15, 2010

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 15, 2010

DENIED insofar as it seeks to alter the final pretrial conference before the district judge.

Dated January 4, 2010.

                                                          BY THE COURT:

                                                          s/ Boyd N. Boland
                                                          United States Magistrate Judge