IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02746-MSK-BNB

LARRY JOHNSON,

Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a LITHIA DODGE OF CHERRY CREEK, and
LITHIA CHERRY CREEK DODGE, INC., d/b/a LITHIA DODGE OF CHERRY CREEK,

Defendants.
_____

**ORDER**
_____

Pending are the following motions:

(1) **Plaintiff's Motion to Compel** [Doc. # 32, filed 2/8/2010] (the "Motion to Compel"); and

(2) **Stipulated Motion to Vacate Hearing Regarding, and Extend Time for Defendant to Respond to Plaintiff's Motion to Compel** [Doc. # 35, filed 2/17/2010] (the "Motion to Vacate Hearing").

In the Motion to Vacate Hearing the parties report that they "have resolved almost all issues raised in the Motion to Compel" and that they "believe that they will resolve the remaining issues by Monday, February 22, 2010." Motion to Vacate Hearing [Doc. # 35] at ¶2. In view of the parties' success in resolving the discovery dispute:

IT IS ORDERED that the Motion to Compel [Doc. # 32] is DENIED without prejudice, and may be renewed, if necessary, in the event the parties are not able to resolve the remaining issues.

IT IS FURTHER ORDERED that the Motion to Vacate Hearing [Doc. # 35] is GRANTED IN PART and DENIED IN PART as follows:

GRANTED insofar as it seeks an order vacating the hearing on February 18, 2010, at 3:30 p.m.;

GRANTED to relieve the defendant of the obligation of responding to the Motion to Compel; and

DENIED in all other respects.

Dated February 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge