# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02746-MSK-BNB

LARRY JOHNSON,

    Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a Lithia Dodge of Cherry Creek, and
LITHIA CHERRY CREEK DODGE, INC., d/b/a Lithia Dodge of
Cherry Creek,

    Defendants.

_____

**PROTECTIVE ORDER REGARDING THE PRODUCTION OF RECORDS AND FILES**
_____

    IT IS HEREBY ORDERED that:

1. This Order shall control the confidentiality of information contained in the parties records and files produced in response to discovery requests.

2. Certain records and files produced by the parties are to be treated as confidential and fall within the scope of protection of this Order. This Order pertains to the documents produced by the parties which are marked and/or stamped as "Confidential." Any inadvertent failure to designate a document as "Confidential" will not constitute a waiver of the right to do so subsequently.

3. For the purposes of this Order, "Confidential" shall mean that the records and files produced shall be used solely for the purpose of this litigation and not for any other

       purpose whatsoever, and the parties and/or counsel shall not communicate any document or information in any way to any person except as expressly provided in Paragraph 4 below.

4. The above-referenced documents and information produced by the parties will be held strictly "Confidential" and only the following persons may have access to documents and information that have been designated as "Confidential" in this action:

    a. Counsel for the parties, and members and/or employees of their firms who are performing legal services in connection with this litigation;

    b. The parties to this litigation;

    c. Court personnel and stenographic or videographic reporters engaged in proceedings incident to this action, including depositions and trial;

    d. Any mediator retained by the parties or appointed by the Court; and

    e. Any other person (including experts) agreed to by the parties in writing prior to communication of confidential information.

5. The file documents may contain private and personal information, such as Social Security Numbers, bank account numbers, personal email addresses, personal cell phone numbers, driver license numbers, date of birth, etc. This private and personal information shall be redacted by the parties prior to producing the records and files.

6. Within thirty (30) days of the conclusion of this action and any appeal, the parties will return to the producing party, any and all "Confidential" documents produced. Any copies, reproduction, and/or summaries of any and all documents from the records and

       files shall also be returned to the producing party within thirty (30) days of the conclusion of this action and any appeal.

7. Upon taking possession of any document produced by a party, counsel shall secure the custody of such documents and agrees to keep such documents safe from disclosure to any third-party, excluding the Court and legal staff. In the event that such documentation is disclosed and/or compromised while in the possession of a party's counsel, the parties agree to indemnify and hold harmless the producing party from any and all costs, expenses, and liability incurred as a result of any such disclosure or compromise of the records and files produced.

8. By agreeing to this Protective Order, the parties adopt no position as to the authenticity or admissibility of documents produced and nothing in this Protective Order shall preclude Defendants from filing a motion seeking further or different protection from the Court under Fed. R. Civ. P. 26(c), or from filing a motion with respect to the manner in which confidential information shall be treated at trial. Neither the taking of any action in accordance with the provisions of the Protective Order nor the failure to object thereto, shall be construed as a waiver of any claim or defense in this action.

Dated February 18, 2010.

                                     BY THE COURT:

                                     s/ Boyd N. Boland
                                     United States Magistrate Judge

**STIPULATED AND AGREED TO BY:**

*s/Michael Brice Sullivan*
_____
Michael Brice Sullivan
Harris, Karstaedt, Jamison & Powers, P.C.
188 Inverness Drive West, Suite 300
Englewood, CO 80112-5816
Telephone: (720) 875-9140
Facsimile:  (720) 875-9141
**Counsel for Defendants**

:

*s/Patricia S. Bangert*
_____
Patricia S. Bangert, Esq.
3773 Cherry Creek North Drive, Suite 575
Denver, Colorado 80209
**Counsel for Plaintiff**